In the United States District Court

For the District of Oregon

FILED 17 OCT '22 16:50 USDC-ORP

# 3:22-CV-1574-SI

Robert Alexander Grimsley ;
Leonardo Rafael Urquijo Arvizu ;
Steven Tyler Premo ;
Miguel Angel Vergara ;
Jesus Jesse Solorio ;
Joshua Alexis Escobar ;
Bobby Tyler Harp ;
Tyler Anders ;
Juan Martinez ;
Jorge Gomez Jr. ;
William Lee Good ;
Gregory Allen Morrow ;
Thomas Eugene Coffey ;
Wes Tolman ; Jerry Bowman ; Tylisha Evans ; Jonathon Krueger ; Wayne John Walker ; Macario David Herrera ; Savannah Costner ; Holly Dohemy ; Chyanye Farrer-Fogarty ; Norman Benjamin Hamilton ; George Daniel Brugh ; Nikolas Joner ; Daren Jacques ; Tyler Duncan ; Tony Palm ; Patrick Blough ;

Plaintiffs,

CIVIL RICO

COMPLAINT &

REQUEST FOR INJUNCTION

*** JURY TRIAL DEMANDED ***

vs.

Nike Inc. ; John/Jane Does (Every company & CEO thereto trading on the stock market) ; Facebook Inc. ; Mark Zuckerburg d/b/a Facebook Inc. ; City of Portland ; Alpenrose Dairy ; Amazon Corp. ; Jeff Bezos d/b/a Amazon Corp. ; Apple Inc. ; Microsoft Inc. ; Bill Gates d/b/a Microsoft Inc. ; Bob Barker Comp. Inc. ; Bob Barker d/b/a Bob Barker Comp. Inc. ; Setina Mfg. Co. ; City of Olympia, WA. ; City of Seattle, WA. ; City of Fuquay-Varina, NC. ; Vicon-Security ; Lab Corp. USA ; Kellogs Corp. ; Visa Inc. ; Mastercard Inc. ; American Express Inc. ; Nestle USA Inc. ; Société des Produits Nestlé S.A. ; Food Express USA ; Dairy Pure ; Dean Foods Company ; City of Dallas, TX. ; Webex ; Telmate ; Century Link ; Inmate Calling Solutions ("IC Solutions") ; Proctor & Gamble Corp. ; NWS Inc. ; City of Nashville, TN. ; National Food Group, Inc. ; City of Novi, MS. ; Pure-Pak ; Shamrock Farms Dairy ; Shamrock Foods Co. ; City of Phoenix, AZ. ; County of Maricopa, AZ. ;



KRAFT HEINZ FOODS CO. ; MCKESSON MEDICAL-SURGICAL INC. ; CITY OF RICHMOND, VA. ; COOKS CORRECTIONS ; LIFEWAYS ; SUNCUP JUICE ; GREGORY PACKAGING INC. ; CITY OF MORRISTOWN, NJ. ; FRITO-LAY INC. ; LAND O' LAKES, INC. ; NABISCO ; LORNA DOONE ; OREO ; MONDELEZ GLOBAL LLC. ; MONDELEZ INTERNATIONAL GROUP. ; SNACKWORKS ; JOHNSON & JOHNSON ; BIONTECH ; MODERNA CORP. ; FRED MEYER CORP. ; DYNAREX CORPORATION ; THE COUNTRY OF ISRAEL ; CITY OF ORANGEBURG, NY. ; DERMARITE INDUSTRIES LLC. ; CITY OF NORTH BERGEN, NJ. ; JONES-ZYLON ; VALLEY FAMILY HEALTH CARE ("VFHC") ; WILAMETTE VALLEY FARMS ; KEEFE GROUP LLC. ; BEN & JERRYS ; THE FOLGER COFFEE CO. ; CITY OF NEW ORLEANS ; MAXWELL ; REEBOK INC. ; THE JEL SERT CO. ; SMART LABEL ; NUTRITIONAL COMPASS ; MED PRIDE ; SHIELD LINE LLC. ; CITY OF HACKENSACK, NJ. ; NEW BALANCE INC. ; UNDER ARMOUR INC. ; TIMBERLAND INC. ; SKECHERS INC. ; RX SYSTEMS INC. ; J&J SNACK FOODS CORP. ; UNIVERSITY OF OREGON ; CITY OF EUGENE, OR. ; TUFTS UNIVERSITY ; HILARY BINDA ; JOHN LURZ ; JOHN/JANE DOE (Every U.S. tax payer) ; UNION SUPPLY DIRECT ; SPEC-TEX INC. ; CARE LINE INC. ; CITIZENS UNITED FOR THE REHABILITATION OF ERRANTS ("CURE") ; OREGON CURE ("OC") ; CITY OF VALE, OR. ; VALE ELECTRIC INC. ; COUNTY OF MALHEUR, OR. ; OLIVETTE PRODUCTS, L.L.C. ; CITY OF BRIDGETON, MO. ; ADDIDAS INC. ; COLETTE S. PETERS ; HEIDI STEWARD ; BETHANY SMITH ; TIM WELSH ; JOHN/JANE DOE (Every employee of the Oregon Dept. of Corrections) ; WILLIAM BARR ; ELLEN ROSENBLUM ; U.S. MARSHALLS SERVICE ; U.S. DEPT OF JUSTICE ; THE UNITED STATES OF AMERICA ; CITY OF ANAHEIM, CA. ; CITY OF ORANGE, CA. ; COUNTY OF ORANGE, CA. ; CITY OF ONTARIO, OR. ; ONTARIO POLICE DEPT. ; MALHEUR CO. SHERIFFS DEPT. ; BRIAN WOLFE ; MALHEUR CO. TRANSPORTS ; CINDY M. BROWN ; LARRY GILLUM ; DPT. S. ZINIE ; LT. REYNA ; SGT. PONCE ; DPT. CHAVEZ ; DPT. HIATT ; DPT. ORDWAY ; DPT. SANDOVAL ; DPT. REBER ; DPT. HAGON ; DPT. ZEER ; DPT. MILLER ; DPT. REYNOLDS ; ALTERNATIVE SENTENCING CONSULTANTS ; KAREN BATZLER ; SHER LOMBARDI ; CITY OF HARRISBURG, PA. ; INDEPENDENT MARKETING ALLIANCE ; OREGON CORRECTIONS ENTERPRISES ("OCE") ; JOSH COOK ; JASON BOWEN ; DPT. MERRIT ; SGT. GRIFFITH ; GOV. KATE BROWN ; GAVIN NEWSOM ; ERIN K. LANDIS ; LUNG S. HUNG ; BRENDON ALEXANDER ; DAVID M. GOLDTHORPE ; TROOPER RYAN MILLS ; SUGAR FOODS CORP. ; CITY OF NEW YORK, NY. ; MARUCHAN INC. ; CITY OF IRVINE, CA. ; SWANSON SERVICES CORPORATION ; CITY OF ST. LOUIS, MO. ; WARREN BUFFET ; THE ROCKAFELLER FAMILY ; JOE BIDEN ; KAMALA HARRIS ; DONALD TRUMP ; THE U.S. NATIONAL GUARD ; JOHN/JANE DOE (Every cop & jailer in America) ;



JOHN/JANE DOES (All aiders, abettors, profiters, participants & conductors to the RICO; directly and indirectly).

Defendants.

1. JURISDICTION: U.S. Gov. Defendant. CAUSE: 18 U.S.C. §§1961 et seq.; RICO Conspiracy. Id. §§ 1962(d). DESCRIPTION: Manstealing.



# FACTS

**2.** Plaintiffs class has been injured by defendants enterprise in a manstealing RICO conspiracy; members include:

    (A) Currently kidnapped victims by means of "force [&] fraud¹";

    (B) Anyone injured in their business or property by the 1962 prohibited activities.

**3.** Manstealing methods & schematas used by associates of defendants enterprise against members of Pls class:

    1. Actual Fraud: Falsely representing theres a warrant for arrest.
    2. Fraud in the facta: (1) Fake warrants & forgeries for state and nationwide kidnappings; (2) Fake indictments; (3) Judgments ordered by non-judges; (4) Altered plea agreements; (5) Sentencing statutes executed errantly & applied to judgments.
    3. Trafficking individuals to facilities without warrant nor probable cause with intent to obtain a fraudulent prosecution.
    4. Booking kidnapees under different names than their legal names.
    5. Labeling buildings "correctional facilit[ies]" to conceal & disguise the manstealings.
    6. No notary access for victims. (Cannot get Affidavits)
    7. Fraud in the execution w/ judgments.

---

1. See Black's 11th: Kidnapping.



## CLAIMS

**4.** Members' business & property injuries:

1. Loss of employment
2. Inability to seek gainful employment while kidnapped.
3. Vehicle REPOS & Foreclosures
4. Credit damage
5. Defamation
6. Sickness, physical injuries & trauma preventing the ability to seek employment.
7. Any other "business or property" injuries pursuant to RICOs statutory requirement.

## IRREPARABLE INJURIES & TRO

**5.** Plaintiffs will continue to be kidnapped if there is no injunction & TRO granted with this verified Compl. in accordance with FRCP. 65(b)(1)(A).

## CERTIFICATION

I, Robert Grimsley, pursuant to FRCP. 65(b)(1)(A) and (B), have made efforts to give notice both written & verbal to associates of defendants enterprise. Reason to forego Notice = the kidnappings by defendants enterprise will continue to injure plaintiffs.

Under Penalty of Perjury
Executed on 10/2/22
x. R. Grimsley
   Atty For Class.



6.

## RELIEF

WHEREFORE, Plaintiffs class demands 500 Trillion USD ($500,000,000,000,000) in actual & punies against defendants enterprise for their monsterling RICO conspiracy. And for the court to grant the immediate relief requested in this compl.- Application submitted herewith.-

## VERIFICATION

I have read the foregoing compl. and hereby verify that the matters alleged therein are true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Vale, OR on October 2, 2022

x _Robert Grinsley_
Robert Grinsley

Respectfully submitted
Attorney for the Class:
Robert Grinsley
Kidnapped @ "MCCF"
15c B St. W
Vale, OR 97918

_R Grinsley_