# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ROBERT ALEXANDER GRIMSLEY,** *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> **NIKE, INC.,** *et al.*, <br><br> Defendants. | Case No. 3:22-cv-1574-SI <br><br> **JUDGMENT** |

Based on the Court's ORDER,

**IT IS ADJUDGED** that this case is DISMISSED without prejudice.

DATED this 13th day of December, 2022.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT